# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

___Jason L. Coleman___
Write the full name of each plaintiff.

**18 CV 4249**
_____CV_____
(Include case number if one has been assigned)

-against-

(1) United States Government
(2) State of New York
(3) City of New York
(John Doe) (4) Burns Security
(5) Joseph Boroff and Associates PLLC
(6) Ernesto Pajelo

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Due Process, Life Liberty and Property, were federal Statutory rights violated._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Jason L. Coleman_, is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_none_.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __United States Government (etc.)__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__all States in United States.__

If the defendant is a corporation:

The defendant, __U.S. Government (etc)__, is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __Federal Government__

and has its principal place of business in __New York__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Jason__          __L.__              __Coleman__
First Name        Middle Initial      Last Name

__980 Tinto Ave. Apt 2E__
Street Address

__Bronx__                __N.Y.__          __10456__
County, City            State            Zip Code

__(718) 292-7097__                __jasoncoleman77@yahoo.com__
Telephone Number                  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: United States Government
First Name / Last Name

Government
Current Job Title (or other identifying information)

500 Pearl St
Current Work Address (or other address where defendant may be served)

N.Y.C.    N.Y.    10007
County, City    State    Zip Code

Defendant 2: State of New York
First Name / Last Name

Judges + Lawyers appointed by state
Current Job Title (or other identifying information)

60 center st.
Current Work Address (or other address where defendant may be served)

New York City    N.Y.    10007
County, City    State    Zip Code

Defendant 3: City of New York
First Name / Last Name

NYPD
Current Job Title (or other identifying information)

100 Church St.   ~~10001~~
Current Work Address (or other address where defendant may be served)

New York City    N.Y.    10001
County, City    State    Zip Code

Defendant 4: Burns Security (John Doe if name not correct)
First Name          Last Name

880 Tinton Avenue
Current Job Title (or other identifying information)

Security
Current Work Address (or other address where defendant may be served)

Bronx                    N.Y.              10456
County, City            State             Zip Code

*more on back*

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Odessy House, Housing Court, Southern District of New York, 500 Pearl St. N.Y.C.

Date(s) of occurrence: 09-Nov-2017  Oct. 5, 2017  2-6-18 and unknown exact date of rest of dates requested.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On Oct 5. 2017 at 10:29 I filed amend. It was dismissed and relief was denied. My rights to Pauperius were also taked away in order from Judge. There are however law and rules that say otherwise. (700) series (Granting relief) and Rules to Pauperis. All the law have be violated as discussed in Discussed amend. There are also law in discuss that are Federal about no complaint ever being dismissed. If the law has changed the old laws still exist and are firm. On Nov. 9 2017 I was unlawfully arrested due to complaint amend Oct 5. 2017. I was held on riker's Island for a month without Due Process. I am also facing eviction at Odessy House unlawfully because complaint is being ignored. by Boroff my legal attorney. appoint by the Court. Things are also missing from my apartment at

Page 5

5.) Jason D. Boroff and Associates PLLC
Attorney at Law
349 East 149 St. Suite 703
Bronx, NY. 10451
(718) 475-7888

6.) Arnesto Papelo
Attorey at Law
(646) 345-1281
all else information unknown (John Doe)

residence. Burns Security (John Doe) is security there and maintenance as well as tenants have had from my knowledge key to my apartment. I told security and they have yet to respond. Arnesto was lawyer in criminal case previously discussed and to has and is ignoring complaint of amend. Date Oct 5, 2017. The City as well has yet to move me as I requested in amend discussed in this complaint.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Shoulder problems, left shoulder, skin got worse. money loss, and medical treatment.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I as well want Judges dispel or terminated discussed in this complaint. I am demanding money damages from U.S. Government in the form of 100f(fathom)×$10^{1,000,000}$ dollars State of New York 50f(fathom)×$10^{100,000}$ City of New York 10f(fathom)×$10^{10,000}$ dollars Burn Security 900 trillion dollars Jason D Borott and associates 1f(fathom)×$10^{100}$ dollars and for lawfirm to close, and 10 trillion dollars from Arnesto Papelo. I also would like to stay in Odesiy House and not be evicted rent free until I am moved by city of New York in regards to amend dated Oct 5 2017. I also want for FBI to have 500 trillion dollars to call banks to open account 11×$10^{1000}$ per savings [If account is intercepted account is currency w/]

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/11/18

Plaintiff's Signature: Jason J. Coleman

First Name: Jason
Middle Initial: L.
Last Name: Coleman

Street Address: 880 Tinton Ave. Apt. #2G

County, City: Bronx, N.Y.
State: N.Y.
Zip Code: 10456

Telephone Number: (718) 292-7097
Email Address (if available): jasoncoleman77@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7